# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-25-00134-CV

### In re The City of Cedar Park

### ORIGINAL PROCEEDING FROM WILLIAMSON COUNTY

### M E M O R A N D U M   O P I N I O N

Relator the City of Cedar Park has advised this Court that this original proceeding is moot because the trial court has granted the relief the City was seeking from this Court. The City was seeking mandamus relief from the trial court's failure to rule on the City's plea to the jurisdiction, and on March 5, 2025, the trial court ruled on the plea by granting it. Accordingly, we dismiss this original proceeding as moot.

_____

Rosa Lopez Theofanis, Justice

Before Justices Triana, Theofanis, and Crump

Filed: March 14, 2025